COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-10-033-CV

SAR CAMP WISDOM PLAZA, L.P.
 
APPELLANT

V.

HOUK AIR CONDITIONING, INC.
 APPELLEE

 
 

----------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Agreed Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  May 20, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.